IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL L. FOGARTY, DOROTHY E. FOGARTY, AND APRIL M. C. FOGARTY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:05-CV-1783-M |
| USA TRUCK, INC., ERIC MCCONNELL *Insurance Risk Manager*, MARC T. LEVIN, *Esq.*, and DAVID ALBERT COLECCHIA *Esq.* | § § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 9, 2005. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 6 day of January, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE